**SO ORDERED: May 14, 2012.**



_____
**James K. Coachys**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WESLEY T. PENDER and JULIE L. SCHARF, | ) ) ) | Case No. 11-05714-JKC-7 |
| Debtors. | ) ) ) | |
| JEFFREY S. MILLER, PLATINUM SOLUTIONS, LTD., RAYMOND FITZGERALD & ASSOCS., LTD., and SCOTT FINANCIAL SERVICES, LTD., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Adv. Pro. No. 11-50292 |
| WESLEY T. PENDER and JULIE L. SCHARF, | ) ) ) ) | |
| Defendants. | ) | |

### JUDGMENT ORDER

    This matter comes before the Court on three separate summary judgment motions: One by Debtors/Defendants Wesley T. Pender and Julie L. Scharf ("Debtors") against Plaintiff Jeffrey S. Miller ("Miller"); another by Plaintiffs Platinum Solutions, Ltd., Scott Financial Services, Ltd., and Raymond Fitgerald & Associates, Ltd. (the "Corporate Plaintiffs") and Miller against Debtors; and the third by Debtors against the Corporate Plaintiffs. Consistent with the Findings of Fact and Conclusions of Law entered contemporaneously herewith, the Court enters Judgment in favor of Debtors against the Corporate Plaintiffs.

###

Distribution:

Scott C. Andrews
Nathan W. Gooden